UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bankr. No. 09-40075 |
| | ) | Chapter 13 |
| CYNTHIA JEAN WARD | ) | |
| SSN/ITIN xxx-xx-2736 | ) | ORDER GRANTING SOUTH |
| | ) | DAKOTA HOUSING |
| Debtor. | ) | DEVELOPMENT AUTHORITY |
| | ) | RELIEF FROM AUTOMATIC STAY |

Upon consideration of South Dakota Housing Development Authority's Motion for Relief from the Automatic Stay (doc. 33) and the record before the Court; and it appearing no objection to the motion was timely filed after appropriate notice; and for cause shown; now, therefore,

IT IS HEREBY ORDERED South Dakota Housing Development Authority's motion is granted, and it is given relief from the automatic stay to pursue its nonbankruptcy law remedies regarding its interest in the following property:

> Condominium Unit No. 28, of Aspen Heights Condominiums, 1422 N. Conifer Place, Sioux Falls, South Dakota, 57107, as created by the Master Deed dated July 19, 2005, filed for record August 19, 2005, at 12:00 p.m., and recorded in Book 251 of Misc., on Page(s) 792, and First Supplemental Master Deed dated November 14, 2005, filed for record January 17, 2006, at 2:20 p.m., in Book 253 of Misc., on Page(s) 74, Second Supplemental Master Deed of Aspen Height Condominiums filed for record January 17, 2006, at 2:30 p.m., in Book 253, on Page(s) 75, Third Supplemental Master Deed of Aspen Heights Condominiums Filed for record March 24, 2006, at 12:00 p.m., in Book 253, page Page(s) 570, Fourth Supplemental Master Deed of Aspen Heights Condominiums filed for record March 24, 2006, at 12:10 p.m., in Book 253 of Misc., on Page(s) 573, located on a Parcel of land described as Lot 17 in Block 2, of Aspen Heights Addition to the City of Sioux Falls, Minnehaha County, South Dakota, according to the recorded Plat thereof, together with an undivided percentage in the common area and facilities appurtenant to said Unit as set forth in said Master Deed and any amendments thereto.

IT IS FURTHER ORDERED the 14-day stay imposed by Fed.R.Bankr.P. 4001(a)(3) is waived, and this order is effective upon entry.

So ordered: February 23, 2011.

BY THE COURT:

*[signature]*

Charles L. Nail, Jr.
Bankruptcy Judge

On the above date, a copy of this document was mailed or faxed to the parties shown on the Notice of Electronic Filing as not having received electronic notice and Debtor(s), if Debtor(s) did not receive electronic notice.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota

NOTICE OF ENTRY
Under Fed.R.Bankr.P. 9022(a)

This order/judgment was entered on the date shown above.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota